# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JAMES WATSON,
:  No. 120 MM 2022

           Petitioner
:

        v.
:

BRADFORD COUNTY COURT OF
COMMON PLEAS, BRADFORD COUNTY
PROTHONOTARY'S OFFICE, BRADFORD
COUNTY DISTRICT ATTORNEY'S OFFICE,
LUZERNE COUNTY DISTRICT
ATTORNEY'S OFFICE, SECRETARY OF
DOC; GEORGE LITTLE,
SUPERINTENDENT; BERNADETTE
MASON, OFFICE OF ATTORNEY
GENERALS, BRADFORD/LUZERNE
COUNTY & PENNSYLVANIA STATE
OFFICIALS IN THEIR OFFICIAL
CAPACITIES,
:

           Respondents
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2023, the  "Petition for King's Bench Matters and/or Extraordinary Relief Pursuant to Pa.R.A.P., Rule 3309" is DENIED.